**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Antonio AMBERT, Petitioner**

**No. 647 MAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Alexander WILLIAMS, Petitioner**

**No. 694 MAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.